IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Nos. 13-cv-0812 JP/SMV
                                                  08-cr-1841 JP

JULIO E. LOPEZ-MERIDA,

    Defendant.

## ORDER

    This matter is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 171]. The Court will direct the United States to answer Defendant's motion.

    **IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America copies of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 171] and supporting papers and exhibits, if any, together with a copy of this Order;

    **IT IS FURTHER ORDERED** that, within twenty-three days of entry of this Order, the United States answer Defendant's Motion.

    **IT IS SO ORDERED.**

                                                                        _____
                                                                     **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**