**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JULIO E. LOPEZ-MERIDA,

      Defendant/Petitioner,

v.                                **No. 13-cv-0812 JAP/SMV**
                                              **08-cr-1841 JAP**

UNITED STATES,

      Plaintiff/Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 14; CR Doc. 186[1]] ("PF&RD"), issued on October 17, 2014.   On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, identified five claims in Defendant/Petitioner (hereinafter "Petitioner") Julio E. Lopez-Merida's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody [CV Doc. 1; CR Doc. 171] ("§ 2255 Motion").   PF&RD [CV Doc. 14; CR Doc. 186] at 4.  Judge Vidmar found that all five claims were without merit. *See generally id.* at 7–16 (addressing the merits of all claims).   Accordingly, Judge Vidmar recommended that the Court deny the claims raised in the § 2255 Motion and dismiss the case with prejudice.   *Id.* at 16.   Judge Vidmar further recommended that Petitioner's motion to supplement his reply [CV Doc. 12; CR Doc. 184] be granted.   No party has filed objections to the PF&RD, and the time for objecting has passed.

---

[1]   References that begin with "CV" are to case number 13-cv-0812 JAP/SMV.   References that begin with "CR" are to the underlying criminal case, 08-cr-1841 JAP.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 14; CR Doc. 186] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to supplement his reply [CV Doc. 12; CR Doc. 184] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody [CV Doc. 1; CR Doc. 171] is **DENIED**, and the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**Senior United States District Judge**